**IN THE SUPREME COURT OF PENNSYLVANIA**
**MIDDLE DISTRICT**

| | |
|---|---|
| JANEWAY TOWING, | : No. 692 MAL 2017 |
| Petitioner | : |
| | : Petition for Allowance of Appeal from |
| | : the Order of the Superior Court |
| v. | : |
| CREDIT CONNECTION AUTO SALES, | : |
| Respondent | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 22nd day of March, 2018, the Petition for Allowance of Appeal is **DENIED**.

    The Petition to Supplement the Record is **DENIED**.